OTIS M. PRESTON, Appellant, *v.* URION GANOUNG et al.,
Respondents.

(Argued June 7, 1880 ; decided June 15, 1880.)

*Howard Chipp, Jr.,* for appellant.

*A. Schoonmaker, Jr.,* for respondents.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.